UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LUIZ COSTA SOARES, | Case No. 5:20-cv-02393-ODW-JC |
| Petitioner, | |
| v. | JUDGMENT |
| CHAD WOLF, ACTING SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | |

In accordance with this Court's Order Granting Motion to Dismiss and Dismissing Petition and Action, IT IS HEREBY ADJUDGED that petitioner's "Emergency Petition for Writ of Habeas Corpus and Complaint for Declaratory and Preliminary Injunctive Relief with Temporary Restraining Order" and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: _August 31, 2021

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE